SKF USA INC. AND SKF SVERIGE AB, PLAINTIFFS AND DEFENDANT-INTERVENORS *v.* UNITED STATES, DEFENDANT AND TORRINGTON CO., DEFENDANT-INTERVENOR AND PLAINTIFF

Consolidated Court No. 97–01–00054–S2

(Dated May 16, 2000)

### JUDGMENT

TSOUCALAS, *Senior Judge:* This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") *Final Results of Redetermination Pursuant to Court Remand* ("Remand Results"), *SKF USA Inc. v. United States,* 24 CIT 4, Slip Op. 00–2 (Jan. 5, 2000), and Commerce having complied with the Court's remand, and no responses to the Remand Results having been submitted by the parties, it is hereby

ORDERED that the Remand Results filed by Commerce on April 6, 2000, are affirmed in their entirety, and it is further

ORDERED that since all other issues have been previously decided, this case is dismissed.